UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael A. Hammer |
| v. | : Mag. No. 15-4126 (MAH) |
| NILESHKUMAR PATEL and HARSAD MEHTA | : SEALING ORDER |

This matter having come before the Court on the application of the United States of America by Paul J. Fishman, United States Attorney (Francisco J. Navarro, Assistant United States Attorney, appearing), for an arrest warrant, and a concurrent application that the Criminal Complaint a filed against the person named in the warrant and all other papers related to the above-captioned matter be filed under seal, and for good cause shown,

IT IS on this 13th day of August, 2015

ORDERED that the Criminal Complaint and arrest warrant are hereby SEALED until the arrest of the defendants, except that the Criminal Complaint and arrest warrants are unsealed for the limited purpose of disclosing the existence of or disseminating the complaint and/or arrest warrants to relevant United States, foreign, or intergovernmental authorities, at the discretion of the United States and in connection with efforts to prosecute the defendant or to secure the defendant's arrest, extradition or expulsion.

HON. MICHAEL A. HAMMER
United States Magistrate Judge